Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−19711−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Royal C. Anderson
   208 Yorktown Drive
   Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−4050

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on May 28, 2019 in the amount of $ 78.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 6/12/19 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 6/12/19.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: June 25, 2019
Time: 10:00 am
Location: Courtroom 4B
Address:   Mitchell H. Cohen Courthouse
            1 John F. Gerry Plaza
            400 Cooper Street
            Camden, NJ 08101−2067

Dated: May 29, 2019
JAN: bc

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge